FILED

JAN 2 4 2020

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

January 23, 2019

United States District Court

Attention: Clerk of the Court

601 Federal Street

Room 1000

Bluefield, WV  24701

1:20-cv-00056

      RE:  Request for the Clerk and Motion for the Court

Dear Clerk of the Court:

Please find that I remain detained in the McDowell Special Housing Unit due to a series of medically-verified seizures stemming from a subdural hematoma suffered 10 years ago while incarcerated.

Despite Dr. Sutherland at the Welch Medical Center confirming I have zero alcohol or drugs in my system and that I do, in fact, have medically documented seizures, I have been retained in the SHU and have been seen by Dr. Sutherland in the emergency room 3 times for head and torso injuries resulting from 3 seizures in the past month (first on December 9, 2019).

After arriving in McDowell in August, 2019 from Talladega, AL, my seizures continued to escalate – typically triggered by severe stress when my anti-seizure medication is not provided.  Dr. Sutherland has prescribed Keppra 3 times; I have received no medication to date.

The documents I requested from the Court on December 2, 2019, were opened outside of my presence, despite being clearly marked 'Open in Presence of Inmate Only.' I am grateful to the Clerk for sending those documents and regret to request that the documents be re-sent to me: after showing me the legal contents, they were discarded by staff. My Public Defender's documents, also clearly marked, were also shown to me but similarly discarded by SHU staff.

I have been refused all requests for access to the law library, including the opportunity to gain any legal documents required to file my two (2) 2241 motions appealing Disciplinary Hearing Officer (DHO) rulings and sanctions at Talladega, AL.

The needed appeal materials as well as all writing and personal toiletry items were discarded in front of me while I have been kept in the SHU.

Though my family placed sufficient funds on my commissary account, I am not allowed to purchase mailing implements required to mail any documentation to you: certification stamps, 8.5 x 11 white paper, envelopes, pens or copies of my supporting materials.

Mail to me from family is being routinely discarded – not returned per prison regulation. My mail is being held for as long as 2 weeks before being mailed, if it is mailed at all.

The SHU staff pulled me from my cell on the 30th day of the SHU detention (when I was to have been allowed a call) but took me back before I even went to the new unit, stating the rule is if you get out of SHU for any time you do not receive your 30-day call.

I have entered repeated requests for months to receive copies of all of my appeals and denial paperwork related to two Incidents:

**Incident 1):** #980859 for consumption of alcohol at Talladega, AL FCI during the Federal Shutdown (December 2018 and January 2019) stemming from a severely abscessed tooth (visible on the outside of my neck and cheek) that had gone untreated and finally ruptured on January 6, 2019 – no medical, dental or commissary for purchasing pain relief were provided for over 4 weeks.

My fiancée observed the illness in her last visit before the tooth ruptured and tried repeatedly to get someone to provide pain relief and to attend to my illness, including a consult with a dental surgeon for possible treatment options – to no avail.

**Incident 2):** Charge appeal and denial also for a second 113 charge at Talladega, AL FCI.

McDowell FCI has refused to provide any of my legal materials that may still exist in my property nor will they request copies from my BOP files. I have repeatedly requested the materials and also grievance forms given the failure to provide the Court's legal mail to me unopened – I have been denied access to those materials at each request.

**Motion and Fees:** In addition to my motion, I am enclosing the required payment of fees ($10.00 via money order) for the two (2) appeals I am attempting to submit to the Court.

**Request for replacement materials:** I would be deeply grateful if you would be so kind as to provide me with 4 more copies of the 2241 and Bivins paperwork along with local rules given prison staff threw away all of my original mail from the Court.

I remain most appreciative of your attention to my motion and look forward to the opportunity to present my case to the Court.

Respectfully,

*Timothy S. Wise*

Timothy S. Wise

> Timothy S. Wise - #03540-063
>
> Federal Correctional Institution McDowell
>
> P. Box 1009
>
> Welch, WV  24801

CC:  File Copy/JNF

2