# Exhibit 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**TIMOTHY WISE,**

          **Plaintiff,**

**v.**                                                         **Civil Action No. 1:20-cv-00056**

**C. MARUKA, et al.,**

          **Defendants.**

## <u>DECLARATION OF ROBERT MALONE</u>

In accordance with the provisions of Section 1746 of Title 28, United States Code, I, Robert Malone, do hereby make the following declaration:

1. I am a Correctional Counselor at the Federal Correctional Institution ("FCI") McDowell, West Virginia.

2. As a Correctional Counselor, I have access to BOP records including the BOP's SENTRY system in which inmates' administrative remedy filing history is maintained as well as the BOP's database of inmates' disciplinary histories and cell assignment histories.

3. The BOP has established an administrative remedy procedure through which an inmate may seek a formal review of an issue or complaint relating to his confinement.

4. If an inmate is unable to resolve his complaint informally, he may file a formal written complaint with the institution on the proper form within 20 calendar days of the date of the occurrence on which the complaint is based.

5. If an inmate is not satisfied with the institutional Warden's response, he may appeal, using the appropriate form, to the Regional Director within 20 calendar days of the Warden's response.

6. If the inmate is still not satisfied, he may appeal the Regional Director's response to the Office of General Counsel, located in the BOP's Central Office in Washington, D.C., using the appropriate forms. The inmate must file this final appeal within 30 calendar days of the date the Regional Director signed the response.

7.  Appeal to the General Counsel is the final administrative appeal.

8.  As a practical matter, an inmate wishing to file an administrative remedy must obtain the appropriate form from his or her Correctional Counselor. Once the inmate has filled out the form, he returns the completed form to the Correctional Counselor. The Correctional Counselor then delivers the form to the institution's Administrative Remedy Clerk, who in turn is responsible for all clerical processing of the administrative remedies.

9.  For inmates housed in the Special Housing Unit ("SHU"), Unit Team members, including Correctional Counselors, regularly conduct rounds in SHU to address the needs of inmates on their caseload who are housed in SHU.  If an inmate requests an administrative remedy form from their Correctional Counselor during the SHU rounds, the Correctional Counselor provides them with the appropriate form and will return to collect the form when the inmate has completed it.

10. An inmate's Administrative Remedy filing history is available for review through SENTRY as an Administrative Remedy Generalized Retrieval Form.

11. When reviewing Administrative Remedy Generalized Retrieval Forms, Administrative remedy numbers identify at what level the remedy was filed and the number of times the remedy was filed at that level.

12. A remedy filed at the institution level is identified by an F, at the Regional Office level an R, and at the Central Office level an A.  An initial remedy filed at the institution level is assigned an F1.  If the administrative remedy is rejected and re-filed at the institutional level, the re-filed remedy is identified as F2. The same system is used for all three levels.

13. If a remedy is rejected, it is entered into the SENTRY system along with a code noting the reason for the rejection.  It is then returned in its entirety to the inmate.  Ordinarily, materials from the rejected submission are not copied or retained.

14. Timothy Wise ("Plaintiff"), Register Number 03540-063, is a federal inmate presently confined at FCI McDowell.

15. Since Plaintiff has been incarcerated at FCI McDowell, he has been assigned to my caseload.

16. I have reviewed Plaintiff's administrative remedy history.

17. During the time Plaintiff has been designated to FCI McDowell, he has filed or attempted to file only one administrative remedy.

18. Plaintiff filed Remedy ID No. 980859-A1 at the Central Office level on August 8, 2019, in which Plaintiff challenged the findings in a Discipline Hearing Officer ("DHO") hearing related to an incident report he received at FCI Talledega. This remedy was closed and a response provided on September 30, 2019.

19. Plaintiff filed no other administrative remedies while incarcerated at FCI McDowell.

20. Plaintiff failed to exhaust administrative remedies in relation to any of the allegations in his Complaint.

21. As a Correctional Counselor, I performed regular rounds in SHU, and there was not a time that Plaintiff requested administrative remedy forms that I did not provide them to him as requested.

22. Aside from the administrative remedy program, Correctional Counselors are also tasked with processing inmates' visitor requests.

23. Inmates wishing to have a visitor added to their approved visitation list must work with the visitor to complete forms for submission to the inmate's Correctional Counselor.

24. The Correctional Counselor will review the request and conduct an investigation into the requested visitor to ensure the individual does not have certain characteristics in their background such as a recent criminal conviction or a history of attempting to introduce contraband into a prison

25. There is no time limit by policy or by statute on how long this investigation can take.

26. Plaintiff submitted a request for an individual he identified as his fiancée to be added to his visitation list. That individual was approved and placed on his approved visitor list on January 14, 2020.

27. Attached are true and accurate copies of the following documents:

| | |
|---|---|
| Attachment A: | Inmate History Adm-Rel |
| Attachment B: | Inmate History-Correctional Counselor |
| Attachment C: | Administrative Remedy Generalized Retrieval |
| Attachment D: | Visiting List |

I declare under penalty of perjury that the foregoing is true and correct to the best of my

3

knowledge.

Executed this 8th day of April, 2020.

Robert Malone
Correctional Counselor
FCI McDowell

# Attachment A

```
 BECHE  531.01 *              INMATE HISTORY          *      04-02-2020
PAGE 001     *                   ADM-REL             *        15:21:32


 REG NO..: 03540-063 NAME....: WISE, TIMOTHY S
 CATEGORY: ARS        FUNCTION: PRT        FORMAT:


FCL    ASSIGNMENT DESCRIPTION               START DATE/TIME STOP  DATE/TIME
MCD    A-DES      DESIGNATED, AT ASSIGNED FACIL  01-01-2020 1852 CURRENT
MCD    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  01-01-2020 1432 01-01-2020 1852
MCD    A-DES      DESIGNATED, AT ASSIGNED FACIL  12-09-2019 1553 01-01-2020 1432
MCD    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN  12-09-2019 1100 12-09-2019 1553
MCD    A-DES      DESIGNATED, AT ASSIGNED FACIL  07-23-2019 1449 12-09-2019 1100
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  07-23-2019 1449 07-23-2019 1449
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-23-2019 0830 07-23-2019 1449
OKL    HLD REMOVE HOLDOVER REMOVED               07-23-2019 0730 07-23-2019 0730
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  07-09-2019 1730 07-23-2019 0730
A02    RELEASE    RELEASED FROM IN-TRANSIT FACL  07-09-2019 1830 07-09-2019 1830
A02    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 07-09-2019 1330 07-09-2019 1830
ATL    HLD REMOVE HOLDOVER REMOVED               07-09-2019 1330 07-09-2019 1330
ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  06-24-2019 1802 07-09-2019 1330
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL  06-24-2019 1802 06-24-2019 1802
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-24-2019 1227 06-24-2019 1802
ATL    ADMIN REL  ADMINISTRATIVE RELEASE         06-24-2019 1227 06-24-2019 1227
ATL    A-ADMIN    ADMINISTRATIVE ADMISSION       06-24-2019 1206 06-24-2019 1227
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL  06-24-2019 1206 06-24-2019 1206
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 06-24-2019 0903 06-24-2019 1206
TDG    TRANSFER   TRANSFER                       06-24-2019 0803 06-24-2019 0803
TDG    A-DES      DESIGNATED, AT ASSIGNED FACIL  10-29-2018 0804 06-24-2019 0803
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-29-2018 0904 10-29-2018 0904
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-29-2018 0633 10-29-2018 0904
ATL    HLD REMOVE HOLDOVER REMOVED               10-29-2018 0633 10-29-2018 0633
ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  10-19-2018 1250 10-29-2018 0633
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-19-2018 1250 10-19-2018 1250
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-19-2018 0842 10-19-2018 1250
OKL    HLD REMOVE HOLDOVER REMOVED               10-19-2018 0742 10-19-2018 0742
OKL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  10-15-2018 1655 10-19-2018 0742
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  10-15-2018 1755 10-15-2018 1755
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 10-15-2018 0635 10-15-2018 1755
CUM    TRANSFER   TRANSFER                       10-15-2018 0635 10-15-2018 0635
CUM    A-DES      DESIGNATED, AT ASSIGNED FACIL  12-12-2016 1827 10-15-2018 0635
A01    RELEASE    RELEASED FROM IN-TRANSIT FACL  12-12-2016 1827 12-12-2016 1827
A01    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 12-12-2016 0913 12-12-2016 1827
ATL    HLD REMOVE HOLDOVER REMOVED               12-12-2016 0913 12-12-2016 0913
ATL    A-BOP HLD  HOLDOVER FOR INST TO INST TRF  11-29-2016 1651 12-12-2016 0913
B03    RELEASE    RELEASED FROM IN-TRANSIT FACL  11-29-2016 1651 11-29-2016 1651
B03    A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 11-29-2016 1455 11-29-2016 1651
ATL    ADMIN REL  ADMINISTRATIVE RELEASE         11-29-2016 1455 11-29-2016 1455
ATL    A-ADMIN    ADMINISTRATIVE ADMISSION       11-29-2016 1441 11-29-2016 1455



G0002       MORE PAGES TO FOLLOW . . .
```

# Attachment B

```
  BECHE  531.01 *               INMATE HISTORY           *      03-25-2020
PAGE 001        *               COR COUNSL               *      15:08:21


   REG NO..: 03540-063 NAME....: WISE, TIMOTHY S
   CATEGORY: CCC        FUNCTION: PRT       FORMAT:


FCL     ASSIGNMENT DESCRIPTION                      START DATE/TIME STOP  DATE/TIME
MCD     UNIT B4    R. MALONE, EXT. 7535             01-01-2020 1852 CURRENT
MCD     UNIT B4    R. MALONE, EXT. 7535             12-09-2019 1553 01-01-2020 1432
MCD     UNIT B4    R. MALONE, EXT. 7535             07-23-2019 1628 12-09-2019 1100
MCD     UNIT A1    M. MERCADO, CCC EXT. 7504        07-23-2019 1449 07-23-2019 1628
OKL     HOM        HOLDOVER MALE                    07-09-2019 1730 07-23-2019 0730
TDG     BG1                       , EXT 4320        10-29-2018 0804 06-24-2019 0803
OKL     HOM        HOLDOVER MALE                    10-15-2018 1655 10-19-2018 0742
CUM     FCI A2               FTS 220-3041           10-02-2018 0924 10-15-2018 0635
CUM     FCI B2               : 220-3056             12-12-2016 1827 10-02-2018 0924
EST     BB                                          01-08-2016 1014 11-29-2016 1036
EST     BB                                          10-27-2015 1000 01-08-2016 0746
EST     BB                                          05-27-2015 0830 10-27-2015 0600
OKL     HOM        HOLDOVER MALE                    05-14-2015 1300 05-20-2015 0730
LVN     CCC-B1                  EXT 1469            02-25-2015 1127 05-14-2015 0621
OKL     HOM        HOLDOVER MALE                    01-15-2015 1430 02-25-2015 0425
MEM     CCC TB                                      10-23-2014 1338 01-15-2015 1058
MEM     CCC TB                                      09-12-2014 1426 10-23-2014 1225
MEM     CCC TB                                      09-11-2014 1422 09-12-2014 1219
MEM     CCC TB                                      05-20-2014 0918 09-11-2014 1208
MEM     CCC TB                                      01-14-2014 1447 05-20-2014 0745
MEM     CCC TB                                      09-09-2013 0913 01-14-2014 1309
MEM     CCC TB                                      05-20-2013 1636 09-09-2013 0659
MEM     CCC TB                                      01-30-2013 1342 04-10-2013 0930
MEM     CCC TB                                      09-21-2012 1444 01-30-2013 1230
MEM     CCC TB                                      03-19-2012 0950 09-21-2012 1343
MEM     CCC TB                                      02-07-2012 1057 03-19-2012 0655
MEM     CCC TB                                      11-21-2011 1011 02-07-2012 0718
MEM     CCC TB                                      03-25-2011 1527 11-21-2011 0718
MEM     CCC TB                                      09-22-2010 0807 03-25-2011 1227
MEM     CCC SA                                      09-14-2010 1131 09-22-2010 0807
MEM     CCC TB                                      09-03-2010 1341 09-14-2010 1131
MEM     CCC SA                                      07-28-2010 1603 09-03-2010 1341
OKL     HOM        HOLDOVER MALE                    07-20-2010 1730 07-27-2010 0930
CLP     J-1                                         07-30-2009 1411 07-20-2010 0712
CLP     I-1                                         04-14-2009 0807 07-30-2009 1411
CLP     I-2                                         03-25-2009 2126 04-14-2009 0807
OKL     HOM        HOLDOVER MALE                    03-19-2009 1640 03-24-2009 0810
OKL     HOM        HOLDOVER MALE                    02-24-2009 1845 03-24-2009 1040
CLP     I-2                                         01-16-2009 0802 02-24-2009 1022
CLP     G-1                                         11-20-2008 1252 01-16-2009 0802
CLP     K-2                                         11-20-2008 1008 11-20-2008 1252


   G0002       MORE PAGES TO FOLLOW . . .
```

# Attachment C

```
   BECHE          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        03-19-2020
PAGE 001 OF                                                              15:31:58
      FUNCTION: L-P SCOPE: REG   EQ 03540-063     OUTPUT FORMAT: UNSAN
   ------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
DT RCV: FROM _____ THRU _____ DT STS: FROM _____ THRU _____
DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
STS/REAS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
SUBJECTS: _____ _____ _____ _____ _____ _____ _____ _____ _____ _____
EXTENDED: _ REMEDY LEVEL: _ _             RECEIPT: _ _ _ "OR" EXTENSION: _ _ _
RCV  OFC : EQ _____     _____     _____     _____     _____     _____
TRACK:  DEPT: _____ _____ _____ _____ _____ _____
      PERSON: ____     _____     _____     _____     _____     _____
        TYPE: ____     _____     _____     _____     _____     _____
EVNT FACL: EQ _____     _____     _____     _____     _____     _____
RCV FACL.: EQ _____     _____     _____     _____     _____     _____
RCV UN/LC: EQ _____ _____ _____ _____ _____ _____
RCV QTR..: EQ _____ _____ _____ _____ _____ _____
ORIG FACL: EQ _____     _____     _____     _____     _____     _____
ORG UN/LC: EQ _____ _____ _____ _____ _____ _____
ORIG QTR.: EQ _____ _____ _____ _____ _____ _____
```

```
G0002       MORE PAGES TO FOLLOW . . .
```

```
BECHE            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-19-2020
PAGE 002 OF   *               UNSANITIZED FORMAT             *      15:31:58


REMEDY-ID      REG       NAME                     ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE      STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 --------------------ABSTRACT--------------------------


214721-R1      03540-063  WISE, T                     UNIT 3     Z06-306UDS SHE
               07-12-2000      CLG     06-12-2000     WXR      SHE       SHE
               20DM/     DHO HEARING 05-18-00 CODE: 203 DEL. 5-24-00


218312-F1      03540-063  WISE, T                     UNIT 3     Z03-207UAD SHE
               08-02-2000      REJ     08-02-2000     SHE      SHE       SHE
               10ZM/     REQUESTS NOT TO BE TRANSFERRED


218312-F2      03540-063  WISE, T                     UNIT 3     Z03-207UAD SHE
               08-18-2000      CLD     08-04-2000     SHE      SHE       SHE
               10ZM/     REQUESTS NOT TO BE TRANSFERRED


341731-R1      03540-063  WISE, T                     6B         Z01-101UAD ATW
               07-19-2004      CLD     06-28-2004     WXR      ATW       ATW
               20DM/     DHO HEARING 06-09-2004 CODE 104


412259-F1      03540-063  WISE, T                     K          Z03-132L   LEE
               05-04-2006      REJ     05-04-2006     LEE      LEE       LEE
               34ZM/     MULTIPLE ISSUES WITH STAFF


415817-R1      03540-063  WISE, T                     K          Z03-132L   LEE
               07-21-2006      CLD     05-16-2006     MXR      LEE       LEE
               20DM/     DHO APPEAL/04-14-2006/CODE 201


414134-F1      03540-063  WISE, T                     K          Z03-135L   LEE
               05-31-2006      CLD     05-22-2006     LEE      LEE       LEE
               34CM/     CLAIMING STAFF ARE "DISCRIMINATING" AGAINST HIM.


414282-F1      03540-063  WISE, T                     K          Z03-135L   LEE
               05-26-2006      CLD     05-23-2006     LEE      LEE       LEE
               22ZM/     WANTS TO BE ABLE TO FLUSH TOILET IN SHU.


414282-R1      03540-063  WISE, T                     K          Z03-135L   LEE
               08-02-2006      CLD     06-19-2006     MXR      LEE       LEE
               22ZS/     WANTS TO BE ABLE TO FLUSH TOILET IN SHU.


414134-R1      03540-063  WISE, T                     K          Z03-135L   LEE
               07-28-2006      CLD     06-19-2006     MXR      LEE       LEE
               34CS/     CLAIMING STAFF ARE DISCRIMINATING AGAINST HIM.


480114-F1      03540-063  WISE, T                     F/B        Z03-006LAD BMP
               02-05-2008      CLD     01-24-2008     BMP      BMP       BMP
               26DM/     CLAIMS NOT RECEIVING MEDICATION FOR PAIN




G0002        MORE PAGES TO FOLLOW . . .
```

```
 BECHE         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-19-2020
PAGE 003 OF    *              UNSANITIZED FORMAT            *      15:31:58


REMEDY-ID     REG       NAME                    ORIG UNIT OR LOC/QTRS/FACL
              STATUS-DATE    STATUS   DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
              SUBJ1/SUBJ2 --------------------ABSTRACT--------------------------


480116-F1     03540-063  WISE, T                  F/B        Z03-006LAD BMP
              02-07-2008      CLG    01-24-2008   BMP      BMP       BMP
              26ZM/     CLAIMS HE NEEDS SURGERY TO CORRECT ISSUES FROM A

480118-F1     03540-063  WISE, T                  F/B        Z03-006LAD BMP
              02-08-2008      CLG    01-24-2008   BMP      BMP       BMP
              26ZM/     WANTS A TRANSFER TO A MEDICAL FACILITY

482525-F1     03540-063  WISE, T                  F/B        Z03-021LAD BMP
              03-10-2008      CLO    02-13-2008   BMP      BMP       BMP
              26HM/     HAS NOT RECEIVED COPIES OF MEDICAL RECORDS

482526-F1     03540-063  WISE, T                  F/B        Z03-021LAD BMP
              03-19-2008      CLO    02-13-2008   BMP      BMP       BMP
              26AM/     HASN'T RECEIVED SURGERY

480114-R1     03540-063  WISE, T                  F/B        Z03-006LAD BMP
              04-01-2008      CLD    02-21-2008   SCR      FOM       BMP
              26DM/     CLAIMS NOT RECEIVING MEDICATION FOR PAIN

486843-R1     03540-063  WISE, T                UNIT C-1   Z05-010LDS FOM
              03-07-2008      REJ    03-07-2008   SCR      FOM       BMP
              25CS/34AS STAFF ALLOW ASSAULT FOR NOT PARTIC IN RACIAL FIGHT

486601-F1     03540-063  WISE, T                UNIT C-1   Z05-010LDS FOM
              04-07-2008      CLO    03-19-2008   FOM      FOM       FOM
              18AM/18ZM COPY OF CURRENT VISITING LIST/FAMILY ADDED TO LIST

480116-R1     03540-063  WISE, T                  F/B        Z03-006LAD BMP
              03-28-2008      REJ    03-28-2008   SCR      FOM       BMP
              26ZM/     CLAIMS HE NEEDS SURGERY TO CORRECT ISSUES FROM A

482525-R1     03540-063  WISE, T                  F/B        Z03-021LAD BMP
              05-14-2008      CLD    03-28-2008   SCR      FOM       BMP
              26HM/     HAS NOT RECEIVED COPIES OF MEDICAL RECORDS

488769-R1     03540-063  WISE, T                UNIT C-1   Z05-010LDS FOM
              03-28-2008      REJ    03-28-2008   SCR      FOM       BMP
              34AM/     7-26-07 ASSAULTED - STAF KNEW, DIDN'T STOP, WATCHED

480118-R1     03540-063  WISE, T                  F/B        Z03-006LAD BMP
              04-01-2008      REJ    04-01-2008   SCR      FOM       BMP
              26ZM/     WANTS A TRANSFER TO A MEDICAL FACILITY




G0002      MORE PAGES TO FOLLOW . . .
```

```
BECHE          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-19-2020
PAGE 004 OF    *              UNSANITIZED FORMAT           *      15:31:58


REMEDY-ID      REG        NAME                      ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE      STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 --------------------ABSTRACT------------------------

488355-F1      03540-063  WISE, T                   UNIT C-1   Z05-010LDS FOM
               04-03-2008        REJ    04-03-2008    FOM      FOM       FOM
               26BM/      INADEQUATE MEDICAL CARE

488364-F1      03540-063  WISE, T                   UNIT C-1   Z05-010LDS FOM
               04-16-2008        CLO    04-03-2008    FOM      FOM       FOM
               26BM/      INADEQUATE MEDICAL CARE

488855-F1      03540-063  WISE, T                   UNIT C-1   Z05-010LDS FOM
               04-07-2008        REJ    04-07-2008    FOM      FOM       FOM
               26HM/      FORM TO REQUEST COPY OF MEDICAL RECORDS

482526-R1      03540-063  WISE, T                   F/B        Z03-021LAD BMP
               05-06-2008        CLD    04-07-2008    SCR      FOM       BMP
               26AM/      HASN'T RECEIVED SURGERY FOR BROKEN JAW

488355-R1      03540-063  WISE, T                   UNIT C-1   Z05-010LDS FOM
               04-21-2008        REJ    04-21-2008    SCR      FOM       FOM
               26BM/25DM  NO MED TRMNT - FXS, NOT REC PROP, DNY A/R ACCESS

488855-R1      03540-063  WISE, T                   UNIT C-1   Z05-010LDS FOM
               04-21-2008        REJ    04-21-2008    SCR      FOM       FOM
               26HM/      FORM TO RQST COPY OF MED RECORDS & NOTARY OF SIG

480114-A1      03540-063  WISE, T                   F/B        Z03-006LAD BMP
               07-09-2008        CLO    04-28-2008    BOP      FOM       BMP
               26DM/      CLAIMS NOT RECEIVING MEDICATION FOR PAIN

488364-R1      03540-063  WISE, T                   UNIT C-1   Z05-010LDS FOM
               06-02-2008        CLD    04-30-2008    SCR      FOM       FOM
               26BM/      ASSAULT RESULT IN FX - UNTIM / IMPROP TRMNT

492841-F1      03540-063  WISE, T                   UNIT C-1   Z05-012LDS FOM
               06-03-2008        CLO    05-08-2008    FOM      FOM       FOM
               16ZM/      CLAIMS HE IS NOT RECEIVNG CERTIFIED MAIL RETURN

480116-A1      03540-063  WISE, T                   F/B        Z03-006LAD BMP
               05-12-2008        REJ    05-08-2008    BOP      FOM       BMP
               26ZM/      CLAIMS HE NEEDS SURGERY TO CORRECT ISSUES FROM A

480118-R2      03540-063  WISE, T                   F/B        Z03-006LAD BMP
               06-03-2008        CLD    05-08-2008    SCR      FOM       BMP
               26ZM/      WANTS A TRANSFER TO A MEDICAL FACILITY


G0002      MORE PAGES TO FOLLOW . . .
```

```
 BECHE            *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       03-19-2020
 PAGE 005 OF    *              UNSANITIZED FORMAT              *       15:31:58


 REMEDY-ID     REG      NAME                     ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE     STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 --------------------ABSTRACT------------------------


 488355-A1    03540-063  WISE, T                   UNIT C-1   Z05-010LDS FOM
              05-14-2008        REJ   05-09-2008    BOP        FOM        FOM
              26BM/25DM  NO MED TRMNT - FXS, NOT REC PROP, DNY A/R ACCESS

 493372-F1    03540-063  WISE, T                   UNIT C-1   Z05-012LDS FOM
              05-28-2008        CLO   05-13-2008    FOM        FOM        FOM
              34AM/      STATES WHILE HOUSED AT USP BEAUMONT HE WAS ATTACKED/

 494424-F1    03540-063  WISE, T                   UNIT C-1   Z05-012LDS FOM
              06-10-2008        CLO   05-22-2008    FOM        FOM        FOM
              26AM/      CLAIMS HE IS NOT RECEIVING ADEQUATE MEDICAL CARE/

 482526-A1    03540-063  WISE, T                   F/B        Z03-021LAD BMP
              06-27-2008        CLO   05-23-2008    BOP        FOM        BMP
              26AM/      HASN'T RECEIVED SURGERY FOR BROKEN JAW

 494959-F1    03540-063  WISE, T                   UNIT C-1   Z05-012LDS FOM
              05-28-2008        CLO   05-27-2008    FOM        FOM        FOM
              34AM/      CLAIMS WHILE HOUSED AT USP BEAUMONT HE WAS ATTACKED/

 494960-F1    03540-063  WISE, T                   UNIT C-1   Z05-012LDS FOM
              05-28-2008        CLO   05-27-2008    FOM        FOM        FOM
              34AM/      STATES WHILE HOUSED AT USP BEAUMONT HE WAS ATTACKED/

 482525-A1    03540-063  WISE, T                   F/B        Z03-021LAD BMP
              09-23-2008        CLD   06-16-2008    BOP        FOM        BMP
              26HM/      HAS NOT RECEIVED COPIES OF MEDICAL RECORDS

 497764-F1    03540-063  WISE, T                   UNIT C-1   Z05-010LDS FOM
              07-01-2008        CLO   06-18-2008    FOM        FOM        FOM
              26HM/      REQUESTING A COPY OF HIS MEDICAL RECORD

 497767-F1    03540-063  WISE, T                   UNIT C-1   Z05-010LDS FOM
              06-20-2008        CLO   06-18-2008    FOM        FOM        FOM
              34AM/      CLAIMS STAFF ARE DISCUSSING HIS MEDICAL ISSUES

 497769-F1    03540-063  WISE, T                   UNIT C-1   Z05-010LDS FOM
              06-18-2008        REJ   06-18-2008    FOM        FOM        FOM
              26AM/      CLAIMS HE IS NOT RECEIVING ADEQUATE MEDICAL CARE

 497770-F1    03540-063  WISE, T                   UNIT C-1   Z05-010LDS FOM
              06-18-2008        REJ   06-18-2008    FOM        FOM        FOM
              26AM/      CLAIMS HE IS NOT RECEIVING ADEQUATE MEDICAL CARE/



 G0002      MORE PAGES TO FOLLOW . . .
```

```
  BECHE         *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *       03-19-2020
PAGE 006 OF    *               UNSANITIZED FORMAT              *       15:31:58


REMEDY-ID      REG       NAME                     ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE     STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 --------------------ABSTRACT-------------------------


497773-F1    03540-063  WISE, T                    UNIT C-1   Z05-010LDS FOM
             06-18-2008      REJ      06-18-2008     FOM       FOM      FOM
             26BM/      CLAIMS HE NEEDS SURGERY/CHRONIC PAIN


498613-F1    03540-063  WISE, T                    UNIT C-1   Z05-004LDS FOM
             06-26-2008      REJ      06-26-2008     FOM       FOM      FOM
             26AM/      CLAIMS HE IS NOT RECEIVING ADEQUATE MEDICAL CARE


488364-A1    03540-063  WISE, T                    UNIT C-1   Z05-010LDS FOM
             08-20-2008      CLO      06-27-2008     BOP       FOM      FOM
             26BM/      INADEQUATE MEDICAL CARE AND WITHHOLDING OF MED RECDS


480118-A1    03540-063  WISE, T                      F/B      Z03-006LAD BMP
             09-17-2008      CLD      06-30-2008     BOP       FOM      BMP
             26ZM/      WANTS A TRANSFER TO A MEDICAL FACILITY


494424-R1    03540-063  WISE, T                    UNIT C-1   Z05-012LDS FOM
             06-30-2008      REJ      06-30-2008     SCR       FOM      FOM
             26AM/      CLAIMS NOT REC ADEQUATE MED CARE - IN CHRONIC PAIN


488364-R2    03540-063  WISE, T                    UNIT C-1   Z05-010LDS FOM
             06-30-2008      REJ      06-30-2008     SCR       FOM      FOM
             26BM/      ASSAULT RESULT IN FX - UNTIM / IMPROP TRMNT


493372-R1    03540-063  WISE, T                    UNIT C-1   Z05-012LDS FOM
             07-21-2008      CLD      06-30-2008     SCR       FOM      FOM
             34AM/      WHILE AT BMP WAS ATTACKED/STAF KNEW OF UPCOMING ASSA


494959-R1    03540-063  WISE, T                    UNIT C-1   Z05-012LDS FOM
             07-21-2008      CLD      06-30-2008     SCR       FOM      FOM
             34AM/      WHILE BMP WAS ATTACKED/STAF KNEW - DIDN'T PROTECT


494960-R1    03540-063  WISE, T                    UNIT C-1   Z05-012LDS FOM
             07-21-2008      CLD      06-30-2008     SCR       FOM      FOM
             34AM/      WHILE AT BMP WAS ATTACKED/STAFF KNEW OF ASSAULT PLAN


502277-F1    03540-063  WISE, T                    UNIT C-1   Z05-010UDS FOM
             07-25-2008      REJ      07-25-2008     FOM       FOM      FOM
             26BM/26ZM  REQUESTS ADEQUATE MEDICAL CARE/MEDICAL TRANSFER


502278-F1    03540-063  WISE, T                    UNIT C-1   Z05-010UDS FOM
             07-25-2008      REJ      07-25-2008     FOM       FOM      FOM
             26AM/      REQUEST ACCESS TO ADEQUATE MEDICAL CARE & EVAL




G0002      MORE PAGES TO FOLLOW . . .
```

```
 BECHE          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-19-2020
PAGE 007 OF    *              UNSANITIZED FORMAT             *      15:31:58


REMEDY-ID     REG       NAME                      ORIG UNIT OR LOC/QTRS/FACL
              STATUS-DATE     STATUS    DATE-RCV   RCV-OFC  RCV-FACL EVNT-FACL
              SUBJ1/SUBJ2 -------------------ABSTRACT-------------------------


502282-F1     03540-063   WISE, T               UNIT C-1   Z05-010UDS FOM
              08-05-2008      CLO     07-25-2008     FOM      FOM      FOM
              26AM/26BM   RQSTS CHRONIC CARE AND ACCESS TO ADEQUATE CARE

502283-F1     03540-063   WISE, T               UNIT C-1   Z05-010UDS FOM
              08-05-2008      CLD     07-25-2008     FOM      FOM      FOM
              33HM/34ZM   RQSTS ALL RESOLUTION/REMEDY ATTEMPTS ADDRESSED

480116-R2     03540-063   WISE, T               F/B        Z03-006LAD BMP
              09-25-2008      CLD     07-28-2008     SCR      FOM      BMP
              26ZM/       SURG TO CORRECT ISSUES FROM PREV ASSAULT

497764-R1     03540-063   WISE, T               UNIT C-1   Z05-010LDS FOM
              09-08-2008      CLD     07-28-2008     SCR      FOM      FOM
              26HM/       REQUESTING A COPY OF HIS MEDICAL RECORD

497767-R1     03540-063   WISE, T               UNIT C-1   Z05-010LDS FOM
              07-28-2008      REJ     07-28-2008     SCR      FOM      FOM
              34AM/       STAFF DISCUSSING HIS MED ISSUES W/ OTHER I/M

494424-R2     03540-063   WISE, T               UNIT C-1   Z05-012LDS FOM
              09-25-2008      CLD     07-28-2008     SCR      FOM      FOM
              26AM/       NOT RECEIVING ADEQUATE MED CARE/ IN CHRONIC PAIN

497773-R1     03540-063   WISE, T               UNIT C-1   Z05-010LDS FOM
              07-28-2008      REJ     07-28-2008     SCR      FOM      FOM
              26BM/       REC'D JAW SURG, NO PT OR TRMNT FOR NECK, BACK & NOSE

497770-R1     03540-063   WISE, T               UNIT C-1   Z05-010LDS FOM
              07-28-2008      REJ     07-28-2008     SCR      FOM      FOM
              26AM/       JUST REC JAW SURGERY, NEED TRMNT NECK & BACK INJURIE

497767-A1     03540-063   WISE, T               UNIT C-1   Z05-010LDS FOM
              09-18-2008      REJ     09-12-2008     BOP      LEW      FOM
              34AM/       STAFF DISCUSSING HIS MED ISSUES W/ OTHER I/M

494959-A1     03540-063   WISE, T               UNIT C-1   Z05-012LDS FOM
              09-18-2008      REJ     09-12-2008     BOP      LEW      FOM
              34AM/       WHILE BMP WAS ATTACKED/STAF KNEW - DIDN'T PROTECT

497770-A1     03540-063   WISE, T               UNIT C-1   Z05-010LDS FOM
              09-18-2008      REJ     09-12-2008     BOP      LEW      FOM
              26AM/       JUST REC JAW SURGERY, NEED TRMNT NECK & BACK INJURIE




G0002      MORE PAGES TO FOLLOW . . .
```

```
BECHE          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-19-2020
PAGE 008 OF     *              UNSANITIZED FORMAT              *      15:31:58

REMEDY-ID     REG        NAME                     ORIG UNIT OR LOC/QTRS/FACL
              STATUS-DATE    STATUS    DATE-RCV   RCV-OFC  RCV-FACL  EVNT-FACL
              SUBJ1/SUBJ2 --------------------ABSTRACT--------------------------

494960-A1    03540-063   WISE, T                  UNIT C-1   Z05-012LDS FOM
             09-18-2008      REJ    09-12-2008    BOP       LEW       FOM
             34AM/    WHILE AT BMP WAS ATTACKED/STAFF KNEW OF ASSAULT PLAN

493372-A1    03540-063   WISE, T                  UNIT C-1   Z05-012LDS FOM
             09-18-2008      REJ    09-12-2008    BOP       LEW       FOM
             34AM/    WHILE AT BMP WAS ATTACKED/STAF KNEW OF UPCOMING ASSA

497773-A1    03540-063   WISE, T                  UNIT C-1   Z05-010LDS FOM
             09-19-2008      REJ    09-15-2008    BOP       LEW       FOM
             26BM/    REC'D JAW SURG, NO PT OR TRMNT FOR NECK, BACK & NOSE

497764-A1    03540-063   WISE, T                  UNIT C-1   Z05-010LDS FOM
             11-03-2008      CLO    09-24-2008    BOP       LEW       FOM
             26HM/    REQUESTING A COPY OF HIS MEDICAL RECORD

494960-A2    03540-063   WISE, T                  UNIT C-1   Z05-012LDS FOM
             01-13-2009      CLO    10-14-2008    BOP       LEW       FOM
             34AM/    WHILE AT BMP WAS ATTACKED/STAFF KNEW OF ASSAULT PLAN

494959-A2    03540-063   WISE, T                  UNIT C-1   Z05-012LDS FOM
             01-13-2009      CLO    10-14-2008    BOP       LEW       FOM
             34AM/    WHILE BMP WAS ATTACKED/STAF KNEW - DIDN'T PROTECT

493372-A2    03540-063   WISE, T                  UNIT C-1   Z05-012LDS FOM
             01-13-2009      CLO    10-14-2008    BOP       LEW       FOM
             34AM/    WHILE AT BMP WAS ATTACKED/STAF KNEW OF UPCOMING ASSA

497767-A2    03540-063   WISE, T                  UNIT C-1   Z05-010LDS FOM
             10-21-2008      REJ    10-14-2008    BOP       LEW       FOM
             34AM/    STAFF DISCUSSING HIS MED ISSUES W/ OTHER I/M

480116-A2    03540-063   WISE, T                  F/B        Z03-006LAD BMP
             11-05-2008      REJ    10-29-2008    BOP       ATL       BMP
             26ZM/    CLAIMS HE NEEDS SURGERY TO CORRECT ISSUES FROM A

494424-A1    03540-063   WISE, T                  UNIT C-1   Z05-012LDS FOM
             11-05-2008      REJ    10-29-2008    BOP       ATL       FOM
             26AM/    NOT RECEIVING ADEQUATE MED CARE/ IN CHRONIC PAIN

521106-R1    03540-063   WISE, T                  G-1        Z07-101LAD CLP
             01-05-2009      REJ    01-02-2009    SER       CLP       CLP
             20DS/    DHO HEARING DATE 11-18-08, CODE 218


G0002      MORE PAGES TO FOLLOW . . .
```

```
BECHE          *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *        03-19-2020
PAGE 009 OF    *                UNSANITIZED FORMAT               *    15:31:58


REMEDY-ID      REG       NAME                      ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE     STATUS    DATE-RCV  RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 --------------------ABSTRACT--------------------------


521106-R2      03540-063  WISE, T                  G-1        Z07-101LAD CLP
               02-19-2009      CLD    01-16-2009   SER       CLP       CLP
               20DS/     DHO HEARING DATE 11-18-08, CODE 218

521106-A1      03540-063  WISE, T                  G-1        Z07-101LAD CLP
               08-06-2009      CLD    05-11-2009   BOP       CLP       CLP
               20DS/     DHO APPEAL/CODE 218/HEARING 11-18-2008

542336-F1      03540-063  WISE, T                  I-1        Z03-108LAD CLP
               07-06-2009      CLO    06-10-2009   CLP       CLP       CLP
               27CS/     NEEDS TO SEE DENTIST ASAP FOR BROKEN TOOTH.

542338-F1      03540-063  WISE, T                  I-1        Z03-108LAD CLP
               07-16-2009      CLO    06-10-2009   CLP       CLP       CLP
               26AS/     ALLEGES HE WAS DEINED TREATMENT FOR BACK PAIN.

616876-F1      03540-063  WISE, T                  TENNESSEE T03-311U   MEM
               12-28-2010      CLD    11-30-2010   MEM       MEM       MEM
               26BM/     MED CARE-IMPROPER/INADEQUATE

616876-R1      03540-063  WISE, T                  TENNESSEE T03-311U   MEM
               03-31-2011      CLD    01-20-2011   MXR       MEM       MEM
               26BM/     MED CARE-IMPROPER/INADEQUATE

616876-A1      03540-063  WISE, T                  TENNESSEE T03-311U   MEM
               04-21-2011      REJ    04-14-2011   BOP       MEM       MEM
               26BM/     MED CARE-IMPROPER/INADEQUATE

616876-A2      03540-063  WISE, T                  TENNESSEE T03-311U   MEM
               05-19-2011      REJ    05-09-2011   BOP       MEM       MEM
               26BM/     MED CARE-IMPROPER/INADEQUATE

968843-R1      03540-063  WISE, T                  UNIT B     Z01-106UDS TDG
               03-19-2019      CLD    02-05-2019   SER       TDG       TDG
               20DM/     DHO APPEAL

980859-R1      03540-063  WISE, T                  UNIT B     Z01-106LDS TDG
               06-18-2019      CLD    06-12-2019   SER       TDG       TDG
               20DM/     DHO HEARING DATE 05-20-19, CODE 113

968843-A1      03540-063  WISE, T                  UNIT B     Z01-106UDS TDG
               07-29-2019      REJ    07-02-2019   BOP       ATL       TDG
               20DM/     DHO APPEAL


G0002      MORE PAGES TO FOLLOW . . .
```

```
 BECHE        *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      03-19-2020
PAGE 010 OF 010 *              UNSANITIZED FORMAT              *      15:31:58


REMEDY-ID      REG       NAME                      ORIG UNIT OR LOC/QTRS/FACL
               STATUS-DATE      STATUS    DATE-RCV  RCV-OFC  RCV-FACL  EVNT-FACL
               SUBJ1/SUBJ2 -------------------ABSTRACT-------------------------

980859-A1      03540-063  WISE, T                   UNIT B     Z01-106LDS TDG
               09-30-2019       CLD     08-08-2019   BOP       MCD       TDG
               20DM/     DHO HEARING DATE 05-20-19, CODE 113




               89 REMEDY SUBMISSION(S) SELECTED
 G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# Attachment

# D

CENTRAL FILE COPY

VISITING LIST FOR INMATE: WISE, TIMOTHY S
REGISTER NUMBER: 03540-063
UNIT: UNIT B4

| | | |
|---|---|---|
| ███████ | Inmate Visitor | FRIEND |
| ███████ | PHONE: ███████ | APPROVED:   01-14-2020 13:02 EDT |
| ATLANTA GA 30341 | DATE OF BIRTH: ███████ | APPROVED BY: |
| UNITED STATES OF AMERICA | | MALONE, ROBERT DANIEL |

TOTAL VISITORS:       1