United States District Court for the Southern

District of West Virginia, Bluefield Division

Civil Action No. 1:20-CV-00056

| | | |
|---|---|---|
| Timothy S. Wise, | | |
| Plaintiff | ) | |
| v. | ) | **Notice of Appeal** |
| C. Maruka, et al., | ) | |
| Defendants. | ) | |

Notice is hereby given that plaintiff in the above named case, Timothy S. Wise, hereby appeals to the 4th Circuit United States Court of Appeals, from the dismissal of Case No. 1:20-CV-00056, entered on March 25, 2021.

Submitted this 21 day of May, 2021 by my hand, Timothy S. Wise, pro se litigant in above captioned case.

Address: 2848 Dresden Square Drive

Atlanta, GA 30341