# APPEAL TRANSMITTAL SHEET (non-death penalty)

| | | |
|---|---|---|
| **Transmittal to 4CCA of notice of appeal filed:** 05/21/21<br>✓ First NOA in Case<br>___ Subsequent NOA-same party<br>___ Subsequent NOA-new party<br>___ Subsequent NOA-cross appeal<br>___ Paper ROA  ___ Paper Supp.<br>Vols: _____<br>Other: _____ | **District:** USDC/SDWV<br>**Division:** Bluefield<br>**Caption:**<br>Timothy S. Wise<br>v.<br>C. Maruka, Warden, et al. | **District Case No.:** 1:20-cv-00056<br>**4CCA No(s). for any prior NOA:**<br>**4CCA Case Manager:** |

**Exceptional Circumstances:** ___ Bail ___ Interlocutory ___ Recalcitrant Witness ___ Other _____

**Confinement**-Criminal Case:
___ Death row-use DP Transmittal
___ Recalcitrant witness
___ In custody
___ On bond
___ On probation

**Defendant Address**-Criminal Case:

**Fee Status:**
___ No fee required (USA appeal)  ✓ Appeal fees paid in full  ___ Fee not paid

**Criminal Cases:**
___ District court granted & did not revoke CJA status (continues on appeal)
___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA)
___ District court never granted CJA status (must pay fee or apply to 4CCA)

**Civil, Habeas & 2255 Cases:**
___ Court granted & did not revoke IFP status (continues on appeal)
___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA)
___ Court never granted IFP status (must pay fee or apply to 4CCA)

**District Judge:** David A. Faber

**PLRA Cases:**
___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA)
___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA)

**Court Reporter** (list all): None

**Sealed Status** (check all that apply):
____ Portions of record under seal
____ Entire record under seal
____ Party names under seal
____ Docket under seal

**Coordinator:** Lynn Cooper

**Record Status for Pro Se Appeals** (check any applicable):
___ Assembled electronic record transmitted
___ Additional sealed record emailed to 4cca-filing
___ Paper record or supplement shipped to 4CCA
✓ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

**Record Status for Counseled Appeals** (check any applicable):
___ Assembled electronic record available if requested
___ Additional sealed record available if requested
___ Paper record or supplement available if requested
___ No in-court hearings held
___ In-court hearings held – all transcript on file
___ In-court hearings held – all transcript not on file
___ Other:

Deputy Clerk: Aleta R. Barie  Phone: (304) 327-9798  Date: 05/21/21

01/2012